**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Eric J Clayman, Esquire

**Order Filed on March 1, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Atiyya Morgan

debtor(s)

| | |
|---|---|
| Case Number: | 19-13049 |
| Hearing Date: | |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 1, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to _____March 14, 2019_____.

☐ Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Atiyya S Morgan  
    Debtor

Case No. 19-13049-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 01, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.  
db          +Atiyya S Morgan,   13 Candlestick Lane,   Sicklerville, NJ 08081-5694

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:  
         Eric  Clayman    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net,
    connor@jenkinsclayman.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Kevin Gordon McDonald    on behalf of Creditor   MIDFIRST BANK. kmcdonald@kmllawgroup.com,
    bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 4