Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13049–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Atiyya S Morgan
13 Candlestick Lane
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–7685

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/2/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 2, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Atiyya S Morgan  
    Debtor

Case No. 19-13049-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: May 02, 2019  
                                  Form ID: 148    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2019.
```
db             +Atiyya S Morgan,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
518119497      +Maurice Johnson,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
518050916      +MidFirst Bank,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518027545      +MidFirst Bank,    c/o KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
518027547      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518027548       State of New Jersey,    Dept of Labor & Workforce Development,    PO Box 951,
                 Trenton, NJ 08625-0951
518027549       State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
518027551      +US Department of Education,    61 Forsyth St SW, Ste 19T40,    Atlanta, GA 30303-8919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 03 2019 00:39:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 00:39:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518027542      +E-mail/Text: bankruptcy@credencerm.com May 03 2019 00:39:58     ATT Mobility,
                 c/o Credence Resource Management,    17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
518027541      +E-mail/Text: bankruptcy@pepcoholdings.com May 03 2019 00:38:42     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518062861       E-mail/Text: bankruptcy@pepcoholdings.com May 03 2019 00:38:43
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
518027543      +EDI: NAVIENTFKASMDOE.COM May 03 2019 03:48:00     Dept of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
518027544       EDI: AMINFOFP.COM May 03 2019 03:53:00     First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518197531       EDI: NAVIENTFKASMSERV.COM May 03 2019 03:53:00     Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
518101251      +EDI: JEFFERSONCAP.COM May 03 2019 03:53:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518027546      +EDI: IIC9.COM May 03 2019 03:53:00     Sicklerville Internal Medicine,    c/o IC System, Inc.,
                 444 Highway 96 East,    PO BOX 64437,    Saint Paul, MN 55164-0437
518027550      +EDI: AMSHER.COM May 03 2019 03:53:00     T Mobile,    c/o Amsher Collection Services,
                 4524 Southlake Pkwy #15,    Birmingham, AL 35244-3271
518041579      +EDI: AIS.COM May 03 2019 03:53:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2019 at the address(es) listed below:
```
          David  Nigro    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 02, 2019
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   MIDFIRST BANK. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                        TOTAL: 6

Case 19-13049-JNP    Doc 27    Filed 05/04/19    Entered 05/05/19 00:34:09    Desc Imaged
Certificate of Notice    Page 3 of 3