UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
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

by:  David N. Nigro

**Order Filed on May 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Atiyya Morgan

Case No.:  _____ 19-13049 _____

Chapter:  _____ 13 _____

Judge:  _____ JNP _____

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 10, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____ Jenkins & Clayman _____ for the reduction of time for a hearing on __Motion to Vacate Dismissal of Case_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ May 14, 2019 _____ at __10:00am__ in the United States Bankruptcy Court, _____ 400 Cooper Street Camden, New Jersey _____ , Courtroom No. __4C__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, Isabel C. Balboa, All creditors._____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All creditors_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Chapter 13 Trustee_____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.    ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*