UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
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

by:  David N. Nigro

**Order Filed on May 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Atiyya Morgan

| | |
|---|---|
| Case No.: | 19-13049 |
| Chapter: | 13 |
| Judge: | JNP |

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 10, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Jenkins & Clayman_____ for the reduction of time for a hearing on __Motion to Vacate Dismissal of Case_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____May 14, 2019_____ at __10:00am__ in the United States Bankruptcy Court, _____400 Cooper Street Camden, New Jersey_____, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, Isabel C. Balboa, All creditors.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All creditors

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Chapter 13 Trustee_____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 19-13049-JNP
Atiyya S Morgan                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 1              Date Rcvd: May 10, 2019
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db             +Atiyya S Morgan,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              David  Nigro    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6