Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13049–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Atiyya S Morgan
  13 Candlestick Lane
  Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–7685

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            6/19/19
Time:            09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 14, 2019
JAN: kvr

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-13049-JNP
Atiyya S Morgan                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2            Date Rcvd: May 14, 2019
                              Form ID: 132           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db              +Atiyya S Morgan,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
518027544        First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518119497       +Maurice Johnson,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
518050916       +MidFirst Bank,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518027545       +MidFirst Bank,    c/o KML Law Group, PC,    216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
518027546       +Sicklerville Internal Medicine,    c/o IC System, Inc.,    444 Highway 96 East,    PO BOX 64437,
                 Saint Paul, MN 55164-0437
518027547       +South Jersey Gas,    PO Box 6091,   Bellmawr, NJ 08099-6091
518027548        State of New Jersey,    Dept of Labor & Workforce Development,    PO Box 951,
                 Trenton, NJ 08625-0951
518027549        State of New Jersey,    Surcharge Violation System,    PO Box 4850,   Trenton, NJ 08650-4850
518027551       +US Department of Education,    61 Forsyth St SW, Ste 19T40,    Atlanta, GA 30303-8919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 15 2019 02:22:35     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2019 02:22:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518027542       +E-mail/Text: bankruptcy@credencerm.com May 15 2019 02:23:32     ATT Mobility,
                 c/o Credence Resource Management,    17000 Dallas Parkway,   Suite 204,   Dallas, TX 75248-1940
518027541       +E-mail/Text: bankruptcy@pepcoholdings.com May 15 2019 02:21:51     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518062861        E-mail/Text: bankruptcy@pepcoholdings.com May 15 2019 02:21:52
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
518027543       +E-mail/PDF: pa_dc_ed@navient.com May 15 2019 02:06:42     Dept of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
518197531        E-mail/PDF: pa_dc_claims@navient.com May 15 2019 00:37:28
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
518101251       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 15 2019 02:22:52     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518027550       +E-mail/Text: bsimmons@amsher.com May 15 2019 02:23:16     T Mobile,
                 c/o Amsher Collection Services,    4524 Southlake Pkwy #15,   Birmingham, AL 35244-3271
518041579       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2019 02:07:07     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              David   Nigro    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 14, 2019
                              Form ID: 132             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                     TOTAL: 6