Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−13049−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Atiyya S Morgan
   13 Candlestick Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−7685

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on May 14, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 34 − 29
Order Granting Motion To Vacate Dismissal of Case (Related Doc # 29). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/14/2019. Confirmation hearing to be held on 6/19/2019 at 09:00 AM at JNP − Courtroom 4C, Camden. Last day to Object to Confirmation 6/12/2019. (kvr)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 14, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Atiyya S Morgan  
       Debtor

Case No. 19-13049-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: May 14, 2019  
                       Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.  
db          +Atiyya S Morgan,   13 Candlestick Lane,   Sicklerville, NJ 08081-5694

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:

        David  Nigro   on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net  
        Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eric  Clayman   on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
        Kevin Gordon McDonald   on behalf of Creditor   MIDFIRST BANK. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 6