| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | <br>**Order Filed on June 19, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| | Case No.: 19-13049 JNP |
| In Re:<br>　　　Atiyya S. Morgan,<br><br>Debtor. | Adv. No.:<br>Hearing Date: 4/30/19 @ 10:00 a.m.<br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

　　The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 19, 2019**

　　　　　　　　　　　　　　　　　　　　Honorable Jerrold N. Poslusny, Jr.
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**(Page 2)**
Debtor:  Atiyya S. Morgan
Case No:  19-13049 JNP
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 13 Candlestick Lane, Sicklerville, NJ 08081, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of May 30, 2019 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for rent for the months of March 2019 through May 2019 for a total of $3,900.00(3 @ $1,250.00, 3 Late Charges @ 50.00); and

      It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall remit $1,275.00 by May 31, 2019; and

      It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall remit an additional $1,600.00 by June 7, 2019; and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,025.00 will be paid by Debtor remitting $341.00  per month for two months and $343.00 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on June 1, 2019 and continue for a period of three months until the post-petition arrears are cured; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular rental installments are to resume June 1, 2019, directly to Secured Creditor's servicer, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the rental installments or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded

reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13049-JNP
Atiyya S Morgan                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1             Date Rcvd: Jun 19, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db             +Atiyya S Morgan,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              David Nigro    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6