Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13049–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Atiyya S Morgan
13 Candlestick Lane
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–7685

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/1/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 1, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-13049-JNP
Atiyya S Morgan                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Jul 01, 2019
                              Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
```
db          +Atiyya S Morgan,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
518119497   +Maurice Johnson,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
518050916   +MidFirst Bank,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
              Westmont, NJ 08108-2812
518313250   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518027545   +MidFirst Bank,    c/o KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
              Collingswood, NJ 08108-2812
518027547   +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518027548    State of New Jersey,    Dept of Labor & Workforce Development,    PO Box 951,
              Trenton, NJ 08625-0951
518027549    State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
518027551   +US Department of Education,    61 Forsyth St SW, Ste 19T40,    Atlanta, GA 30303-8919
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:43      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518027542   +E-mail/Text: bankruptcy@credencerm.com Jul 02 2019 01:10:16      ATT Mobility,
              c/o Credence Resource Management,    17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
518027541   +E-mail/Text: bankruptcy@pepcoholdings.com Jul 02 2019 01:09:10      Atlantic City Electric,
              PO Box 13610,    Philadelphia, PA 19101-3610
518062861    E-mail/Text: bankruptcy@pepcoholdings.com Jul 02 2019 01:09:10
              Atlantic City Electric Company,    Pepco Holdings, Inc.,
              Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
              Carneys Point, NJ 08069-3600
518027543   +EDI: NAVIENTFKASMDOE.COM Jul 02 2019 04:23:00      Dept of Ed/Navient,    PO Box 9635,
              Wilkes Barre, PA 18773-9635
518027544    EDI: AMINFOFP.COM Jul 02 2019 04:23:00      First Premier Bank,    3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
518197531    EDI: NAVIENTFKASMSERV.COM Jul 02 2019 04:23:00      Navient Solutions, LLC. on behalf of,
              Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
518101251   +EDI: JEFFERSONCAP.COM Jul 02 2019 04:23:00      Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518027546   +EDI: IIC9.COM Jul 02 2019 04:23:00      Sicklerville Internal Medicine,    c/o IC System, Inc.,
              444 Highway 96 East,    PO BOX 64437,    Saint Paul, MN 55164-0437
518027550   +EDI: AMSHER.COM Jul 02 2019 04:23:00      T Mobile,    c/o Amsher Collection Services,
              4524 Southlake Pkwy #15,    Birmingham, AL 35244-3271
518041579   +EDI: AIS.COM Jul 02 2019 04:23:00      T Mobile/T-Mobile USA Inc,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
              David   Nigro    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK. dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: 148            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Eric  Clayman    on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net, connor@jenkinsclayman.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
         Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                TOTAL: 7