Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13049–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Atiyya S Morgan
13 Candlestick Lane
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–7685

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 19, 2019
JAN: kvr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                                   Case No. 19-13049-JNP
Atiyya S Morgan                                                          Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Sep 19, 2019
                               Form ID: 148                 Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db             +Atiyya S Morgan,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
518119497      +Maurice Johnson,    13 Candlestick Lane,    Sicklerville, NJ 08081-5694
518050916      +MidFirst Bank,   Kevin G. McDonald, Esquire,     216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518027545      +MidFirst Bank,   c/o KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
518313250      +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518027547      +South Jersey Gas,    PO Box 6091,   Bellmawr, NJ 08099-6091
518027548       State of New Jersey,    Dept of Labor & Workforce Development,    PO Box 951,
                 Trenton, NJ 08625-0951
518027549       State of New Jersey,    Surcharge Violation System,    PO Box 4850,   Trenton, NJ 08650-4850
518027551      +US Department of Education,    61 Forsyth St SW, Ste 19T40,    Atlanta, GA 30303-8919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 23:49:24      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 23:49:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518027542      +E-mail/Text: bankruptcy@credencerm.com Sep 19 2019 23:49:51      ATT Mobility,
                 c/o Credence Resource Management,    17000 Dallas Parkway,   Suite 204,   Dallas, TX 75248-1940
518027541      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 19 2019 23:49:01      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
518062861       E-mail/Text: bankruptcy@pepcoholdings.com Sep 19 2019 23:49:01
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
518027543      +EDI: NAVIENTFKASMDOE.COM Sep 20 2019 03:33:00      Dept of Ed/Navient,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
518027544       EDI: AMINFOFP.COM Sep 20 2019 03:33:00      First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518197531       EDI: NAVIENTFKASMSERV.COM Sep 20 2019 03:33:00      Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,   Wilkes-Barre, PA 18773-9635
518101251      +EDI: JEFFERSONCAP.COM Sep 20 2019 03:33:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
518027546      +EDI: IIC9.COM Sep 20 2019 03:33:00      Sicklerville Internal Medicine,   c/o IC System, Inc.,
                 444 Highway 96 East,    PO BOX 64437,   Saint Paul, MN 55164-0437
518027550      +EDI: AMSHER.COM Sep 20 2019 03:33:00      T Mobile,   c/o Amsher Collection Services,
                 4524 Southlake Pkwy #15,    Birmingham, AL 35244-3271
518041579      +EDI: AIS.COM Sep 20 2019 03:33:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518403820       EDI: ECMC.COM Sep 20 2019 03:33:00      U.S. Department of Education,   PO Box 16448,
                 St. Paul, MN 55116-0448
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Sep 19, 2019
                               Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:

```
            David   Nigro     on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net
            Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Eric   Clayman     on behalf of Debtor Atiyya S Morgan jenkins.clayman@verizon.net,
             connor@jenkinsclayman.com
            Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Kevin Gordon McDonald     on behalf of Creditor    MIDFIRST BANK. kmcdonald@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```